NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JUANITO IZON,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2014-3094

---

Petition for review of the Merit Systems Protection Board in No. SF-0831-13-4901-I-1.

---

**ON MOTION**

---

**O R D E R**

Juanito Izon moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                          IZON v. OPM

                                    FOR THE COURT

                                    /s/ Daniel E. O'Toole
                                    Daniel E. O'Toole
                                    Clerk of Court

s24